UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

OCT – 2 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )       **4:24CR515 SEP/JSD**
                                )
ISAIAH W. DOUGLAS,              )
LUIS A. FRANCO-GONZALEZ, and    )
ISAIAH B. HANDFORD,             )
                                )
        Defendants.             )

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment, unless otherwise specified below:

1.      Defendant ISAIAH W. DOUGLAS ("DOUGLAS") was a resident of Champaign, Illinois.

2.      Defendant LUIS A. FRANCO-GONZALEZ ("FRANCO-GONZALEZ") was a resident of Rantoul, Illinois.

3.      Defendant ISAIAH B. HANDFORD ("HANDFORD") was a resident of Chicago, Illinois.

4.      Bank of America and Busey Bank, the deposits of which are insured by the Federal Deposit Insurance Corporation, were financial institutions within the meaning of Title 18, United States Code, Sections 20 and 1344.

## COUNT 1
### Conspiracy to Commit Bank Fraud (18 U.S.C. § 1349)

### The Conspiracy

5.      Paragraphs 1 through 4 are realleged and incorporated by reference as if fully set forth herein.

6.      Beginning no later than on or about June 12, 2023, and continuing through at least on or about June 13, 2023, in the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS,**
**LUIS A. FRANCO-GONZALEZ**, and
**ISAIAH B. HANDFORD,**

voluntarily and intentionally conspired, combined, and agreed with each other, and with others known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly execute and attempt to execute a scheme or artifice to defraud a financial institution and to obtain moneys, funds, assets, and other property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises, that is, bank fraud, in violation of Title 18, United States Code, Section 1344.

### Object of the Conspiracy

7.      It was the object of the conspiracy for the defendants, and others known and unknown to the Grand Jury, to fraudulently obtain bank funds by opening unauthorized bank accounts in the names of various businesses and depositing checks payable to those businesses that had been stolen from the U.S. mail.

### Manner and Means

8.      It was part of the conspiracy that DOUGLAS and other co-conspirators obtained and caused to be obtained stolen checks that had been mailed and placed in USPS collection boxes in and around St. Louis, Missouri, within the Eastern District of Missouri. These stolen checks

2

included business checks drawn on accounts belonging to entities located in or around St. Louis, Missouri and payable to various vendors (the "Victim Businesses"), representing payment for goods and services to the Victim Businesses.

9.     It was further part of the conspiracy that DOUGLAS and other co-conspirators offered to pay FRANCO-GONZALEZ and HANDFORD money in exchange for opening unauthorized bank accounts in the names of Victim Businesses and depositing stolen checks into these unauthorized bank accounts, and that FRANCO-GONZALEZ and HANDFORD agreed to do so.  DOUGLAS and other co-conspirators planned to withdraw funds from the unauthorized bank accounts following the deposit of the stolen checks by FRANCO-GONZALEZ and HANDFORD, after the bank made available funds from the stolen checks but before the bank discovered that the accounts were unauthorized and the checks were stolen.

10.     It was further part of the conspiracy that DOUGLAS and other co-conspirators created and caused to be created fraudulent business documents, including purported incorporation paperwork and articles of organization, which falsely represented that FRANCO-GONZALEZ and HANDFORD were registered agents, organizers, and owners for Victim Businesses.  In truth and fact, FRANCO-GONZALEZ and HANDFORD were not registered agents, organizers, or owners for the Victim Businesses, nor did they have any other association with the Victim Businesses.

11.     It was further part of the conspiracy that DOUGLAS provided the stolen checks payable to Victim Businesses and the fraudulent business documents to FRANCO-GONZALEZ and HANDFORD, for the purpose of opening unauthorized bank accounts in the names of the Victim Businesses and depositing the stolen checks into the unauthorized accounts.

12.     It was further part of the conspiracy that, on or about June 12, 2023, HANDFORD attempted to open a Busey Bank account in the name of Victim Business M.P.I. at a Busey Bank

3

branch in St. Louis, Missouri, for the purpose depositing a stolen check payable to Victim Business M.P.I., all without the knowledge and authorization of Victim Business M.P.I. When attempting to open this unauthorized bank account, HANDFORD provided fraudulent business documents that falsely represented HANDFORD was an owner and registered agent for Victim Business M.P.I., when, in truth and fact, HANDFORD was not an owner or registered agent for Victim Business M.P.I. and knew that he was not authorized to open the bank account for Victim Business M.P.I.

13.    It was further part of the conspiracy that, on or about June 12, 2023, FRANCO-GONZALEZ opened Bank of America account number xxxxxxxx6052 in the name of Victim Business M.M.C.I. at a Bank of America branch in Chesterfield, Missouri, for the purpose depositing a stolen check payable to Victim Business M.M.C.I., all without the knowledge and authorization of Victim Business M.M.C.I. When opening this unauthorized bank account, FRANCO-GONZALEZ provided fraudulent business documents that falsely represented that he was an owner and registered agent for Victim Business M.M.C.I., when, in truth and fact, FRANCO-GONZALEZ was not an owner or registered agent for Victim Business M.M.C.I. and knew that he was not authorized to open the bank account for Victim Business M.M.C.I.

14.    It was further part of the conspiracy that, on or about June 12, 2023, FRANCO-GONZALEZ deposited and caused to be deposited a stolen check drawn on Busey Bank account number xxxx5009 in the name of Entity S.L.C.V.C. and payable to Victim Business M.M.C.I. in the amount of approximately $312,677.33, into the unauthorized Bank of America account number xxxxxxxx6052 in the name of Victim Business M.M.C.I., at a Bank of America branch in Chesterfield, Missouri.

15.    It was further part of the conspiracy that, on or about June 13, 2023, FRANCO-

4

GONZALEZ attempted to open a Busey Bank account in the name of Victim Business M.P.I. at a Busey Bank branch in Creve Coeur, Missouri, for the purpose depositing a stolen check payable to Victim Business M.P.I., all without the knowledge and authorization of Victim Business M.P.I. When attempting to open this unauthorized bank account, FRANCO-GONZALEZ provided fraudulent business documents that falsely represented that he was an organizer and registered agent for Victim Business M.P.I., when, in truth and fact, FRANCO-GONZALEZ was not an organizer or registered agent for Victim Business M.P.I. and knew that he was not authorized to open the bank account for Victim Business M.P.I.

16.    It was further part of the conspiracy that DOUGLAS, FRANCO-GONZALEZ, and HANDFORD, and other co-conspirators communicated with each other using various means, including using social media and messaging applications, to coordinate and facilitate the bank fraud scheme.

All in violation of Title 18, United States Code, Section 1349.

### COUNT 2
### Bank Fraud (18 U.S.C. §§ 1344 and 2)

17.    Paragraphs 1 through 4 are realleged and incorporated by reference as if fully set forth herein.

### Scheme to Defraud

18.    Beginning no later than on or about June 12, 2023, and continuing through at least on or about June 13, 2023, in the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS**, and
**LUIS A. FRANCO-GONZALEZ**,

and others known and unknown to the Grand Jury, participated in a scheme and artifice to defraud Bank of America, a financial institution, and to obtain moneys, funds, assets, and other property

5

owned by, or under the custody and control of Bank of America, by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

19.    Paragraphs 6 through 16 are realleged and incorporated by reference as if fully set forth herein as the description of the manner and means of the scheme.

### Execution of the Scheme

20.    On or about June 12, 2023, in Chesterfield, Missouri, within the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS**, and
**LUIS A. FRANCO-GONZALEZ**,

aiding and abetting each other and others known and unknown to the Grand Jury, executed and attempted to execute the scheme and artifice described above, to defraud a financial institution, as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of a financial institution, by means of material false and fraudulent pretenses, representations, and promises, in that FRANCO-GONZALEZ deposited and caused to be deposited a stolen check, drawn on Busey Bank account number xxxx5009 in the name of Entity S.L.C.V.C. and payable to Victim Business M.M.C.I. in the amount of approximately $312,677.33, into the Bank of America account number xxxxxxxx6052 in the name of Victim Business M.M.C.I., which account was unauthorized and was opened by FRANCO-GONZALEZ using fraudulent documents created by DOUGLAS.

In violation of Title 18, United States Code, Section 1344 and 2.

### COUNT 3
### False Statement to a Financial Institution (18 U.S.C. §§ 1014 and 2)

21.    Paragraphs 1 through 16 are realleged and incorporated by reference as if fully set

6

forth herein.

22.    On or about June 12, 2023, in St. Louis, Missouri, within the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS, and**
**ISAIAH B. HANDFORD,**

aiding and abetting each other and others known and unknown to the Grand Jury, knowingly made a false statement and report for the purpose of influencing the actions of Busey Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with an application for a business bank account, in that the defendants submitted and caused to be submitted in fraudulent business documents to Busey Bank the false statement that HANDFORD was an owner and registered agent for Victim Business M.P.I., when in truth and fact, HANDFORD was not an owner or registered agent for Victim Business M.P.I. and was not authorized to open the bank account for Victim Business M.P.I.

All in violation of Title 18, United States Code, Sections 1014 and 2.

### COUNT 4
### False Statement to a Financial Institution (18 U.S.C. §§ 1014 and 2)

23.    Paragraphs 1 through 16 are realleged and incorporated by reference as if fully set forth herein.

24.    On or about June 12, 2023, in Chesterfield, Missouri, within the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS, and**
**LUIS A. FRANCO-GONZALEZ,**

aiding and abetting each other and others known and unknown to the Grand Jury, knowingly made a false statement and report for the purpose of influencing the actions of Bank of America, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in

7

connection with an application for a business bank account, in that the defendants submitted and caused to be submitted in fraudulent business documents to Bank of America the false statement that FRANCO-GONZALEZ was an owner and registered agent for Victim Business M.M.C.I., when in truth and fact, FRANCO-GONZALEZ was not an owner or registered agent for Victim Business M.M.C.I. and was not authorized to open the bank account for Victim Business M.M.C.I.

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 5
### False Statement to a Financial Institution (18 U.S.C. §§ 1014 and 2)

25.    Paragraphs 1 through 16 are realleged and incorporated by reference as if fully set forth herein.

26.    On or about June 13, 2023, in Creve Coeur, Missouri, within the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS**, and
**LUIS A. FRANCO-GONZALEZ**,

aiding and abetting each other and others known and unknown to the Grand Jury, knowingly made a false statement and report for the purpose of influencing the actions of Busey Bank, an institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in connection with an application for a business bank account, in that the defendants submitted and caused to be submitted in fraudulent business documents to Busey Bank the false statement that FRANCO-GONZALEZ was an organizer and registered agent for Victim Business M.P.I., when in truth and fact, FRANCO-GONZALEZ was not an organizer or registered agent for Victim Business M.P.I. and was not authorized to open the bank account for Victim Business M.P.I.

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNT 6
### Possession of Stolen Mail Matter (18 U.S.C. § 1708)

27.     The above paragraphs are realleged and incorporated by reference as if fully set forth herein.

28.     On or about June 13, 2023, in Creve Coeur, Missouri, within the Eastern District of Missouri, the defendant,

### ISAIAH W. DOUGLAS,

did unlawfully have in his possession mail and articles of mail, namely, approximately fifty-three (53) checks, money orders, and envelopes, which mail and articles of mail had been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter, namely, a U.S. Postal Service collection box, knowing said mail and articles of mail to have been stolen.

In violation of Title 18, United States Code, Section 1708.

## COUNT 7
### Aggravated Identity Theft (18 U.S.C. § 1028A)

29.     Paragraphs 1 through 16 are realleged and incorporated by reference as if fully set forth herein.

30.     On or about June 13, 2024, in Creve Coeur, Missouri, within the Eastern District of Missouri, the defendant,

### ISAIAH W. DOUGLAS,

did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the names of Individuals J.B. and C.W. located on a stolen check drawn on Busey Bank account number xxx1659 in the name of Entity S.L.C.V.C. and payable to Victim Business M.P.I. in the amount of approximately $7,000.00, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, conspiracy to commit bank

9

fraud, in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 8
### Aggravated Identity Theft (18 U.S.C. § 1028A)

31. Paragraphs 1 through 16 are realleged and incorporated by reference as if fully set forth herein.

32. On or about June 12, 2024, in Chesterfield, Missouri, within in the Eastern District of Missouri, the defendants,

**ISAIAH W. DOUGLAS**, and
**LUIS A. FRANCO-GONZALEZ**,

did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the names of Individuals K.R. and S.O. located on a stolen check drawn on Busey Bank account number xxx5009 in the name of Entity S.L.C.V.C. and payable to Victim Business M.M.C.I. in the amount of approximately $312,677.33, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, bank fraud, in violation of Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982(a)(2), upon conviction of an offense in violation of Title 18, United States Code, Sections 1014 or 1344, or conspiracy to commit such offense(s), as set forth in Counts 1–5, the Defendant(s) shall forfeit to the United

10

States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s).  Subject to forfeiture is a sum of money equal to the total value of property obtained directly or indirectly as a result of such violation.

    2.    Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1708, as set forth in Count 6, the Defendant(s) shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation. Subject to forfeiture is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

    3.    If any of the property described above, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JONATHAN A. CLOW #68003MO
Assistant United States Attorney

11